## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

ARVALYN K. POWELL                                                                  PLAINTIFF

v.                                             Case No. 5:15-CV-5230

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                              DEFENDANT


## ORDER

The Court has received proposed findings and recommendations (Doc. 12) from United

States Magistrate Judge Erin L. Setser.  There have been no objections.  After careful review, the

Court concludes that the findings and recommendations should be, and hereby are, approved and

adopted as this Court's findings in all respects in their entirety.  Judgment will be entered

accordingly.

**IT IS SO ORDERED** this 14th day of November, 2016.


/s/ P. K. Holmes, III
_____
     P. K. HOLMES, III
     CHIEF U.S. DISTRICT JUDGE